Submit by Email

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

E-filing

---- OFFENSE CHARGED ----

26 U.S.C. § 7201 - Tax Evasion (2 counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
26 U.S.C. § 7201 - 5 year imprison, $250,000 fine, 3 year Sup. Rel., $100 assessment;

---- DEFENDANT - U.S. ----
▶ MICHAEL CHEN,

DISTRICT COURT NUMBER

CR 09     0149

MMC

---- DEFENDANT ----
**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) CYNTHIA STIER, AUSA, TAX DIV.

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CR 09　　3149

MICHAEL CHEN,

DEFENDANT(S).

---

# INDICTMENT

26 U.S.C. § 7201 - Tax Evasion (2 counts)

---

A true bill.

_____
　　　　　　　　　　　　　　Foreman

Filed in open court this 12th day of

February, 2009

NO BAIL ARREST WARRANT

BRENDA TOLBERT
Clerk

Bail, $ _____

Maria Elena James
United States Magistrate Judge

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3 
4
5
6
7
8                UNITED STATES DISTRICT COURT FOR THE
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

                                            CR 09    0149
11
   UNITED STATES OF AMERICA,        )  No.
12                                  )
        Plaintiff,                  )  VIOLATIONS: 26 U.S.C. § 7201-
13                                  )  Tax Evasion (Two Counts)
        v.                          )
14                                  )
   MICHAEL CHEN,                    )  SAN FRANCISCO VENUE
15                                  )
        Defendant.                  )
16  _____)

17                          I N D I C T M E N T

18  The Grand Jury charges:

19  COUNT ONE:  (26 U.S.C. § 7201- Attempt to Evade or Defeat Tax)

20       That on or about the 25th day of February, 2005, in the Northern District of California,

21  Michael Chen, a resident of San Francisco, California, did willfully attempt to evade and defeat a

22  large part of the income tax due and owing by him to the United States of America for the

23  calendar year 2004, in the amount of $16,745, by preparing and causing to be prepared, and by

24  signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return,

25  Form 1040, which was filed with the Internal Revenue Service, which failed to disclose $88,304

26  in taxable income he received from Fune Ya Japanese Restaurant, Inc.

27       In violation of Title 26, United States Code, Section 7201.

28  //

1  COUNT TWO: (26 U.S.C. § 7201- Attempt to Evade or Defeat Tax)
2        That on or about the 22nd day of February, 2006, in the Northern District of California,
3  Michael Chen, a resident of San Francisco, California, did willfully attempt to evade and defeat a
4  large part of the income tax due and owing by him to the United States of America for the
5  calendar year 2005, in the amount of $136,202, by preparing and causing to be prepared, and by
6  signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return,
7  Form 1040, which was filed with the Internal Revenue Service, which failed to disclose $436,707
8  in taxable income he received from Fune Ya Japanese Restaurant, Inc.
9        In violation of Title 26, United States Code, Section 7201.

11  A True Bill

12  Dated:_____            _Lynda Benjamin_
13                                                    FOREPERSON

15  JOSEPH P. RUSSONIELLO
    United States Attorney

17  BRIAN STRETCH
    Chief, Criminal Section

19  Approved as to Form

21  CYNTHIA STIER
    Assistant United States Attorney

INDICTMENT                                   2