MARTIN A. SCHAINBAUM (CSBN 37257)
BRYANT W.H. SMITH (CSBN 250035)
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone:    (415) 777-1040
Fax:          (415) 981-1065
Email:        schainbm@taxwarrior.com

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHEN,<br><br>    Defendant. | Case No.: CR 09-0149 MMC<br><br>JOINT STIPULATION TO CHANGE HEARING DATE AND [PROPOSED] ORDER |

It is hereby agreed and stipulated by the parties in the above-captioned cases, by and through their respective counsel, that the currently-scheduled March 25, 2009, 2:30 p.m. hearing be changed to March 18, 2009 at 2:30 p.m.

Date: March 12, 2009

JOSEPH P. RUSSONIELLO            MARTIN A. SCHAINBAUM
United States Attorney           A Professional Law Corporation


By /s/ Cynthia L. Stier          By /s/ Martin A. Schainbaum
   CYNTHIA L. STIER                   MARTIN A. SCHAINBAUM
   Assistant United States Attorney
   Tax Division

Attorney for Defendant           Attorneys for Plaintiff

Pursuant to stipulation, it is hereby

**ORDERED** that the currently-scheduled March 25, 2009, 2:30 p.m. ~~hearing~~ status conference be changed to March 18, 2009 at 2:30 p.m.


Dated: March 16, 2009 at San Francisco, California

_____
UNITED STATES DISTRICT JUDGE