1  Robert G. Cummings (SBN 204438)
   Law Offices of Robert G. Cummings
2  2000 Broadway Street
   Redwood City, California 94063
3  Phone: (650) 868-8528
   Facsimile: (650) 412-1829
4  rgc@cummingslawgroup.com

5  Attorney for Defendant, Michael Chen

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 09-0149 MMC |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE HEARING DATE** ; ORDER THEREON |
| v. | Date: August 19, 2009 |
| MICHAEL CHEN, | Time: 2:30 pm |
|  | Hon. Maxine Chesney |
| Defendant. | Trial Date: None set |

### STIPULATION TO VACATE HEARING DATE

Where as defendant, Michael Chen, substituted Robert G. Cummings as his counsel on August 13, 2009 and Mr. Cummings has not yet taken possession of the case documents from Mr. Chen's former counsel, the parties hereby stipulate that the motion date currently set for August 19, 2009 at 2:30 pm be vacated and respectfully request that the date be used for identification of counsel and a status conference.

//
//
//

STIPULATION TO VACATE HEARING DATE

It is so stipulated:

Dated: August 14, 2009

Law Offices of Robert G. Cummings

By: _____
Robert G. Cummings
Attorney for Defendant
MICHAEL CHEN

Dated: August 14, 2009

United States Attorney's Office

By: _____
Blake D. Stamm
Assistant United States Attorney

Dated: August 19, 2009

IT IS SO ORDERED

_____
Judge Maxine M. Chesney

- 2 -

STIPULATION TO VACATE HEARING DATE