1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-T780)
   Assistant United States Attorney
3  Chief, Tax Division
   BLAKE D. STAMM (CTBN 301887)
4  Assistant United States Attorney
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102
     Telephone:   (415) 436-67063
6    Fax:         (415) 436-6748

7  Attorneys for United States of America

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        )   No.    CR 09-0149 MMC
                                    )
13      Plaintiff,                  )   STIPULATION AND ~~[PROPOSED]~~
                                    )   ORDER FOR CONTINUANCE FROM
14      v.                          )   SEPTEMBER 8, 2010 TO SEPTEMBER
                                    )   15, 2010 AND EXCLUSION OF TIME
15 MICHAEL CHEN,                    )   FROM THE SPEEDY TRIAL ACT
                                    )   CALCULATION (18 U.S.C. 3161(h)(7)(A)
16      Defendant.                  )   ~~AND 3161(h)(1)(F)~~)
   _____  )

17
        Based on the below
18 ~~With the~~ stipulation of the parties, the Court enters this order, continuing this matter from

19 September 8, 2010 to September 15, 2010 and sets a change of plea or trial setting at 2:30 P.M.

20 on that date. This time is excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A). The

21 Court finds and holds, as follows:

22      1. An exclusion of time is warranted under the Speedy Trial Act, 18 U.S.C. §

23 3161(h)(7)(A) ~~and 3161(h)(1)(F) during the pendency of pretrial motions and~~ to provide

24 continuity of counsel and reasonable time necessary for effective preparation, taking into

25 account the exercise of due diligence.

26      2. On September 7, 2010 counsel for the defense apprised that he as well as defendant

27 were both ill during the last week and were unable to prepare for an intended disposition by plea

28 which the Court had set for September 8, 2010. They seek a week's continuance for this

purpose.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period noted above outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

_____/s_____
BLAKE D. STAMM
Assistant United States Attorney
Attorneys for the United States


_____/s_____
IAN LOVESETH
Attorney for Michael Chen


IT IS SO ORDERED.

DATED: September 7, 2010        _____
                                HON. MAXINE M. CHESNEY
                                United States District Court Judge

Stipulation and [proposed] Order,
Case No. CR-09-00149 MMC

2