1 | MELINDA HAAG (CABN 132612)
United States Attorney
2 | THOMAS MOORE (ALSBN 4305-O78T)
Assistant United States Attorney
3 | Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
4 | Assistant United States Attorney
  11th Floor Federal Building
5 |   450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
6 |   Telephone:  (415) 436-7063
  Fax:            (415) 436-7009
7
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-00149 MMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| MICHAEL CHEN | ) | STIPULATION TO BRIEFING SCHEDULE AND [PROPOSED] ORDER |
| Defendant. | ) | |

    1.    By its Order of September 15, 2010, the Court set January 19, 2011 as the date any dispositive motion in the above-captioned matter would be due.

    2.    Counsel for the defense has represented he was unable to meet this date as a result of illness and trial commitments in other matters.

    3.    Accordingly, the parties would stipulate to the following schedule:

        a.    Defense Motions would be due by February 7, 2011;

        b.    The government's opposition would be due by February 14, 2011;

        c.    The defense will not file a reply.

        d.    The Court will hear the motions on February 23, 2011.

///

1  IT IS SO STIPULATED:

2  MELINDA HAAG
   United States Attorney

3

4

5  _____/s_____
   BLAKE D. STAMM
   Assistant United States Attorney
6  Attorneys for the United States

7

8  _____/s_____
   IAN LOVESETH
9  Attorney for Michael Chen

10

11

12  IT IS SO ORDERED.

13  DATED: February 8, 2011    _____
    HON. MAXINE M. CHESNEY
14  United States District Court Judge