MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (DCBN 412811)
Chief, Criminal Division

THOMAS M. NEWMAN (NYBN 4256187)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6888

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-cr-149-MMC |
| ) | ORDER RE |
| Plaintiff, ) | STIPULATION TO HEARING |
| ) | AND TO EXCLUDE TIME |
| v. ) | |
| ) | |
| MICHAEL CHEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     On April 7, 2011, the court entered a briefing schedule related to the defendant's amended motion to suppress. The defendant filed his amended motion on May 11, 2011, and the matter is set for hearing on June 8, 2011. Since about May 12 or 13, 2011, counsel for the United States, Blake Stamm, has been seriously ill, and was scheduled for surgery at some time during the week of May 16, 2011. The parties now request that the Court continue the date for the hearing on the defendant's amended motion to suppress until June 29, 2011. The parties further stipulate that the period of time from June 8, 2011, until June 29, 2011, shall be excluded from the time limits applicable under 18 U.S.C. § 3161 pursuant to §3161(h)(1)(D).

*Stipulation to Continue*
*Case No. 09-cr-149-MMC*

|   |   |
|---|---|
| | Respectfully submitted, |
| | MELINDA HAAG<br>United States Attorney |
| Dated: May 19, 2011 | */s/Thomas M. Newman*<br>THOMAS M. NEWMAN<br>Assistant United States Attorney<br>Tax Division |
| Dated: May 19, 2011 | /s/_____<br>Alan A. Dressler<br>Attorney for Defendant |

## **ORDER**

For the reasons stated above, the Court finds that the continuance of time for the hearing on the defendant's amended motion to suppress is warranted and the period from June 8, 2011, until June 29, 2011, shall be excluded from the time limits applicable under 18 U.S.C. § 3161 pursuant to §3161(h)(1)(D).

Dated: May 20, 2011

_____
MAXINE M. CHESNEY
United States District Court Judge