MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (DCBN 412811)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:   (415) 436-7000
 Fax:           (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR-09-cr-149-MMC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE HEARING AND |
| v. | ) | TO EXCLUDE TIME |
| | ) | |
| MICHAEL CHEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 7, 2011, the court entered a briefing schedule related to the defendant's amended motion to suppress.  By Order entered May 20, 2011, the court continued this matter based on the illness of counsel for the United States, Blake Stamm.  It was anticipated that AUSA Stamm would return from medical leave in mid-June however, to date, he is out on extended medical leave as he has not yet recovered from surgery.  The government represents that this will be the final request for a continuance of the hearing on the motion to suppress.

The matter is currently scheduled for hearing on June 29, 2011, on Defendant's Motion to Suppress is currently set for hearing on June 29, 2011.  The parties now request that the Court continue the date for the hearing on the defendant's amended motion to suppress until September 7, 2011; the government's opposition to be due by August 17, 2011, and defendant's reply filed

1    on August 24, 2011.  The parties further stipulate that the period of time from June 29, 2011,

2    until September 7, 2011, shall be excluded  from the time limits applicable under 18 U.S.C. §

3    3161 pursuant to §3161(h)(1)(D).

4                                          Respectfully submitted,

5                                          MELINDA HAAG
                                           United States Attorney
6

7                                          */s/Cynthia Stier*
8    Dated: June 16, 2011                  CYNTHIA STIER
                                           Assistant United States Attorney
9                                          Tax Division

10   Dated: June 16, 2011                  /s/_____
                                           Alan A. Dressler
11                                         Attorney for Defendant

12                                **ORDER**

13          For the reasons stated above, the Court finds that the continuance of time for the

14   hearing on the defendant's amended motion to suppress is warranted and the period from June

15   29, 2011, until September 7, 2011, shall be excluded  from the time limits applicable under 18

16   U.S.C. § 3161 pursuant to §3161(h)(1)(D).

17

18   Dated:   June 17, 2011

19                                         MAXINE M. CHESNEY
20                                         United States District Court Judge

21

22

23

24

25

26

27

28