1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
3  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
4   11th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102
    Telephone:   (415) 436-7000
6   Fax:         (415) 436-7009

7  Attorneys for United States of America

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,         )    NO: CR-09-149 MMC
12                                   )
       Plaintiff,                    )
13                                   )    APPLICATION BY UNITED STATES
       v.                            )    TO REMOVE EXHIBITS A, B and F
14                                   )    TO DECLARATION OF BRYAN WONG
   MICHAEL CHEN,                     )    (DOCKET 101 #2, #3 and #7) AND
15                                   )    [PROPOSED] ORDER
       Defendant.                    )
16 _____ )

17                                **APPLICATION**

18         The United States respectfully requests that this Court enter an Order requiring the Clerk

19  of the Court to remove Exhibits A, B and F to the Declaration of Bryan Wong (Docket Entry 101

20  #2, #3, and #7) for the reason that it contains information that was not redacted prior to filing

21  these Exhibits to the Declaration. This error was inadvertent and accidental and this application

22  is being made within minutes of being discovered.

23                                         Respectfully submitted,

24                                         MELINDA HAAG
                                           United States Attorney
25

26  Dated: August 12, 2011                      /s/
                                           CYNTHIA STIER
27                                         Assistant United States Attorney
                                           Tax Division
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the Application by United States to Remove Exhibits A, B and F to the Declaration of Bryan Wong (Docket Entry 101 #2, #3 and #7), IT IS HEREBY ORDERED that the Clerk of Court remove these Exhibits.  The United States shall refile the documents with appropriate redactions no later than August 26, 2011.

SO ORDERED

DATED:  August 22, 2011

_____
MAXINE CHESNEY
United States District Judge