IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-0149 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| MICHAEL CHEN, | |
| Defendant. | |

On April 6, 2012, defendant Michael Chen filed a "Motion for Judgment of Acquittal and/or New Trial." Defendant has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced document. Defendant is hereby advised that if he fails in the future to comply with General Order 45 and the Court's Standing Order to provide chambers copies of electronically-filed

1  documents, the Court may impose sanctions, including, but not limited to, striking from the
2  record any electronically-filed document of which a chambers copy has not been timely
3  provided to the Court.
4      **IT IS SO ORDERED.**

6  Dated: April 12, 2012

                                    MAXINE M. CHESNEY
                                    United States District Judge