United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No. CR 09-149 MMC

12           Plaintiff,               **ORDER DIRECTING DEFENDANT CHEN
                                      TO SUBMIT CHAMBERS COPY IN**
13    v.                              **COMPLIANCE WITH LOCAL RULES OF
                                      THIS DISTRICT**
14  MICHAEL CHEN,

15           Defendant.
    _____/

16

17        On October 31, 2012, defendant Michael Chen electronically filed a Supplemental

18  Sentencing Memorandum, which filing is 151 pages in length (inclusive of exhibits).

19  Defendant has violated the Local Rules of this District, however, by failing "to provide for

20  chambers a paper copy of each document that is electronically filed . . . marked 'Chambers

21  Copy'." See Civil L.R. 5-1(e)(7); Crim. L.R. 2-4 (providing "extra copy of any document filed

22  in a criminal case shall be marked 'Chambers Copy,' and shall be provided to the Clerk's

23  Office pursuant to Civil L.R. . . . 5-1(e)(7)).

24        Defendant is hereby ORDERED to comply with the Local Rules of this District by

25  immediately submitting a chambers copy of the above-referenced document.  Defendant is

26  hereby advised that if he fails in the future to comply with the Local Rules requiring him to

27  provide a chambers copy of electronically-filed documents, the Court may impose

28  //

sanctions, including, but not limited to, striking from the record any electronically-filed

document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  November 20, 2012

MAXINE M. CHESNEY
United States District Judge