

PROPOSED ORDER/COVER SHEET

TO: Honorable Maxine M. Chesney  
Senior U.S. District Judge

RE: CHEN, Michael

FROM: Roy Saenz, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR09-00149-MMC

DATE: November 29, 2012

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Amaryllis Gonzalez  
U.S. PRETRIAL SERVICES OFFICER

415-436-7520  
TELEPHONE NUMBER

RE: VIOLATION MEMORANDUM

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

A. The defendant shall reside at 247 Gerona Avenue, San Gabriel, California.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____  
JUDICIAL OFFICER

11-30-12  
DATE

Cover Sheet (02/07/2011)