Stanley L. Friedman    (CABN 120551)
445 S. Figueroa Street, 27th Floor
Los Angeles, California 90071-1631
Telephone No. (213) 629-1500
Facsimile No. (213) 489-6899

Attorneys for Defendant
Michael Chen

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL CHEN, <br><br> Defendants. | Case No. CR 09-00149-MMC <br><br> [~~Proposed~~] **ORDER REGARDING MOTION FOR BAIL PENDING APPEAL AND SURRENDER DATE** |

[Proposed] ORDER

1  The Court, having read and considered Defendant Michael Chen's Motion
2 for Bail Pending Appeal, and all pleadings in support thereof and in opposition
3 thereto, and having entertained oral argument on the motion, hereby grants the
4 motion.

April 17, 2013

5  The Court further vacates its previous Order setting the date upon which
6 Defendant Michael Chen was to surrender for service of sentence at the institution
7 designated by the Bureau of Prisons.
8  IT IS SO ORDERED.

10 Dated: April 10, 2013 .                        /s/ Maxine M. Chesney
11                                          The Honorable Maxine M. Chesney
                                            Senior United States District Court Judge

14 Respectfully submitted by:

15 */s/ Stanley L. Friedman*
16 Stanley L. Friedman
   Attorney for Defendant
17 Michael Chen

2

[Proposed] ORDER