**DENIED***
*Judge Maxine M. Chesney*

1 | Stanley L. Friedman     (CABN 120551)
2 | 445 S. Figueroa Street, 27th Floor
    Los Angeles, California 90071-1631
    Telephone No. (213) 629-1500
3 | Facsimile No. (213) 232-4071

4 | Attorneys for Defendant
    Michael Chen

*The Court does not conduct motion hearings by telephone.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CHEN,<br><br>Defendants. | Case No. CR 09-00149-MMC<br><br>**[Proposed] ORDER REGARDING STIPULATION OF PARTIES TO PERMIT PETITIONER'S COUNSEL TO APPEAR BY TELEPHONE FOR THE HEARING ON GOVERNMENT'S MOTION TO WAIVE ATTORNEY-CLIENT PRIVILEGE** |

1

[Proposed] ORDER